IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| FAUSTO AUCANZHALA GUAMAN,<br>Petitioner,<br><br>vs.<br><br>TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, Attorney General; DAREN MARGOLIN, Director for Executive Office for Immigration Review; and DAVID EASTERWOOD, Acting Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Respondents. | **0:26-cv-00897-SHL-ECW**<br><br>**ORDER** |

Petitioner Fausto Aucanzhala Guaman, a citizen of Ecuador, was detained by Immigration and Customs Enforcement on January 16, 2026, and is now detained in Pine Prairie, Louisiana. (ECF 1, p. 5). He seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention. (Id., p. 17.)

"[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where immigration authorities have not disclosed where the petitioner is being detained or by whom, and circumstances have prevented or precluded contact with counsel." *Adriana M.Y.M. v. Easterwood*, Civ. No. 26-213, 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026). Here, however, it is evident that Petitioner was in Pine Prairie, Louisiana at the time he filed this petition. (ECF 1, p. 5.) Accordingly, the Court lacks jurisdiction over his petition and will *sua sponte* transfer it to the United States District Court for the Western District of Louisiana. *See* 28 U.S.C. § 1406(a); 28 U.S.C. § 1631.

Accordingly, it is ORDERED that this matter is TRANSFERRED to the United States District Court for the Western District of Louisiana.

Dated: January 30, 2026

s/ Stephen H. Locher
_______________________________
Stephen H. Locher
UNITED STATES DISTRICT JUDGE